UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES CONNER GREEN,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES SUPREME COURT et al.,<br><br>            Defendants. | CASE NO. 2:24-cv-01191-TL<br><br>ORDER ON MOTION FOR HEARING |

This matter is before the Court on Plaintiff's Motion for Hearing. Dkt. No. 6. On August 6, 2024, the matter was transferred to the Western District of Missouri, as the alleged conduct giving rise to Plaintiff's claims occurred in Missouri. Dkt. No. 4. The matter is now open in the Western District of Missouri under Case No. 2:24-cv-04134. Dkt. No. 5.

Accordingly, Plaintiff's motion is STRICKEN as improper, as this Court no longer has jurisdiction over this matter.

Dated this 16th day of August 2024.

Tana Lin
United States District Judge

ORDER ON MOTION FOR HEARING - 1