UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JAMES CONNER GREEN, | CASE NO. 2:24-cv-01191-TL |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES SUPREME COURT et al., | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court has received Plaintiff's recent motions. Dkt. Nos. 8, 9. On August 6, 2024, this matter was transferred to the Western District of Missouri and terminated in this District. Dkt. No. 4. This matter is now closed. Plaintiff's motions are not properly before the Court and are STRICKEN from the docket. No further filings will be entertained in this closed matter.

Dated this 22nd day of August 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1